(93 South 927)

TODD v. STATE. (8 Div. 912.) (Court of Appeals of Alabama. May 30, 1922.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed, on motion of Attorney General.

(91 South. 927)

TRIM v. STATE. (6 Div. 2.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed at request of appellant.

(92 South. 926)

TRUETT v. STATE. (7 Div. 776.) (Court of Appeals of Alabama. June 13, 1922.) Appeal from Circuit Court, Clay County; W. L. Longshore, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(88 South. 927)

TURNER v. STATE. (6 Div. 733.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of the Attorney General.

(89 South. 926)

TURNER v. STATE. (5 Div. 361.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No error of record, and cause is affirmed.

(89 South. 926)

Ex parte TYLER. (6 Div. 873.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Lon Tyler applied for habeas corpus to be admitted to bail. From an order denying the writ, petitioner appeals. Affirmed. Pinkney Scott, of Bessemer, for appellant. Brief of counsel did not reach the Reporter. Harwell G. Davis, Atty. Gen., for appellee. Brief of counsel did not reach the Reporter.

BRICKEN, P. J. Upon the preliminary trial of Lon Tyler, charged with first degree murder, he was denied bail by the committing magistrate on January 8, 1921. On January 10, 1921, he filed in the circuit court petition for habeas

corpus seeking bail, and on the trial of the cause the petition was denied, and petitioner again remanded to jail without bail. The correctness of this ruling is presented for review on this appeal. We have carefully examined all the evidence, as shown by the record, but for obvious reasons refrain from a discussion thereof; and complying with the well-established rule of having regard to the weight which should be accorded by the revising court to the judgment of the primary court in matters of this kind (State v. Lacey, 158 Ala. 16, 48 South. 343), we cannot say that it clearly appears that the finding of the trial judge is contrary to the great weight or preponderance of the evidence. As this is the rule which must govern this court, it results that the order and judgment of the court appealed from must be affirmed. Affirmed.

(89 South. 927)

UPSHAW v. STATE. (5 Div. 337.) (Court of Appeals of Alabama. April 19, 1921.) (Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT. J. Appeal dismissed for want of prosecution.

(89 South. 927)

VEASLEY v. STATE. (5 Div. 338.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Lee County; Lum Duke, Judge. Felix Veasley was convicted of manslaughter, and appeals. Affirmed. Thomas L. Bulger, of Dadeville, for appellant. No brief reached the Reporter. Harwell G. Davis, Atty. Gen., for the State. No brief reached the Reporter.

BRICKEN, P. J. The defendant was indicted for manslaughter in the first degree, was convicted as charged, and the jury fixed his punishment at five years in the penitentiary. Judgment and sentence rendered accordingly. This appeal is upon the record proper, without bill of exceptions. Upon examination of the record it is ascertained that all the proceedings were regular and no error appears. The judgment rendered in the lower court is therefore affirmed. Affirmed.

(89 South. 927)

WALTON v. CITY OF TUSCALOOSA. (6 Div. 827.) (Court of Appeals of Alabama, April 21, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.